# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:22-cr-36 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| RAY ANTHONY GREEN | ) | Magistrate Judge Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 60] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count Three of the three count Indictment; (2) accept Defendant's guilty plea to Count Three of the three count Indictment; (3) adjudicate Defendant guilty of maintaining a drug-involved premises in violation of 21 U.S.C. § 856(a)(1); and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 60] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea to Count Three of the three count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count Three of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of maintaining a drug-involved premises in violation of 21 U.S.C. § 856(a)(1); and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **November 9, 2023, at 10:00 a.m.**

**SO ORDERED.**

                                                              /s/*Charles E. Atchley, Jr.*
                                                              CHARLES E. ATCHLEY, JR.
                                                              UNITED STATES DISTRICT JUDGE